Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYMAN MOUSA, | Case No. 8:11-cv-00008-JST -RNB |
| Plaintiff, | **JOINT REQUEST TO DISMISS WITH PREJUDICE** |
| vs. | |
| GREENTREE SERVICING LLC, | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and expenses.   A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 22nd day of July, 2011

By: s/Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

By: s/Alisa Givental
Severson & Werson
Attorney for Defendant

Stipulation to Dismiss- 1

Filed electronically on this 22nd day of July, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Marquis Ian Wraight
Severson and Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

This 22nd day of July, 2011.

<u>s/Todd M. Friedman</u>
Todd M. Friedman